UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-37279 |
|---|---|
| William Helton | (Chapter 13) |
| Sandra C Helton | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040196**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 10,002 | Citifinancial<br>P.O. Box 499<br>Hanover, MD  21076 | 305.00 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/15/2010

Certificate of Service  09-37279

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

William Helton
Sandra C Helton
413 Kuntz Ct.
Lebanon, OH  45036

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(10002.1)
Citifinancial
P.O. Box 499
Hanover, MD  21076

(26.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(10002.4)
RONALD C TAYLOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201

(27.1n)
SALLIE MAE INC
220 LASLEY AVE
WILKES-BARRE, PA  18706

Jeffrey M. Kellner BY     \_\_\_\_/s/ Jeffrey M. Kellner_____    sv